IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸ D.C.

05 SEP -7 AM 11: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                        CR. NO. 02-20499-B

VCIPHER TECHNOLOGIES, et al.,

    Defendants.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

This cause came on for a report date on August 29, 2005. At that time counsel for the government requested a continuance of the September 6, 2005 trial date due to the defendant's fugitive status.

The Court granted the request and reset the trial date to November 7, 2005 with a **report date of Monday, October 31, 2005, at 10:00 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(A) and (B) because the defendant is either absent or unavailable and her presence cannot be determined or obtained by due diligence.

IT IS SO ORDERED this 6th day of September, 2005.

                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:02-CR-20499 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT